UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH A. GILBERT, ET AL                    CIVIL ACTION

VERSUS                                      NO. 05-1428

BRIAN BERMAN, ET AL                         SECTION "C"

ORDER AND REASONS

IT IS ORDERED that the motion to set aside entry of default filed by Brian Berman, Gatorland Logistics, LLC, and Gatorland Transportation, previously noticed for hearing on August 3, 2005, is PARTIALLY GRANTED and PARTIALLY DENIED.  (Rec. Doc. 21).  The entry of default as to Brian Berman is SET ASIDE; the defendant is permitted to represent himself and no prejudice had been shown.  The entry of default as to Gatorland Logistics, LLC and Gatorland Transportation remains and Bryan Berman's appearance on their behalf is STRICKEN.   A corporation can not proceed without the representation of a properly licensed attorney. Donovan v. Road Rangers Country Junction, Inc., 736 F.2d 1004 (5th Cir. 1984); Southwest Express Co., Inc. v. Interstate Commerce Commission, 670 F.2d 53 (5th Cir. 1982); In re K. M. A., Inc., 652 F.2d 398 (5th Cir. 1981).

IT IS FURTHER ORDERED that Gatorland Logistics, LLC and Gatorland Transportation are allowed until August 8, 2005, to enroll counsel, and a judgment of default will not be entered against them until after that date, if appropriate.

New Orleans, Louisiana, this 27th day of July , 2005.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE