FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22 P 1: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH A. GILBERT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-1428 |
| BRIAN BERMAN, ET AL | SECTION "C" |

### ORDER AND REASONS

IT IS ORDERED that the motion to disqualify counsel for Gatorland Logistics and Gatorland Transportation, LLC is GRANTED. Mr. Berman does not and can not address the fundamental fact that the accusations against him concern fraudulent activity to the detriment of the corporate entities he seeks to represent, which presents an insurmountable conflict of interest despite any financial hardship to the corporations, which are not in bankruptcy. With respect to Mr. Berman's stated concern of a default judgment against the corporate entities, if such a motion is made and it is established that the corporations are in effect indigent, then the motion would be deferred until after trial on the merits. See Reed v. Johnson, 1995 WL 600894 (E.D.La.).

New Orleans, Louisiana, this 21st day of March, 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____