

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -7 AM 8: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. GILBERT, KEVIN M. GILBERT, | * | CIVIL ACTION |
| KEVIN SCALES, LOUIS RIVARD, II and | * | |
| TIGER TRANSPORTATION, LLC | * | NO. 05-1428 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | JUDGE HELEN G. BERRIGAN |
| BRIAN BERMAN, MATTHEW BATAILLE, | * | |
| GATORLAND LOGISTICS, LLC. | * | MAGISTRATE 1 |
| GATORLAND TRANSPORTATION, LLC | * | JUDGE SALLY |
| and S. WHITE TRANSPORTATION, INC. | * | SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Lynn Luker and the Law Firm of Lynn Luker & Associates, LLC, counsel for Defendant, Matthew Bataille, in the captioned matter, and respectfully request that Lynn Luker and the Law Firm of Lynn Luker & Associates, LLC be permitted to withdraw as counsel of record for Defendant, Matthew Bataille.

In compliance with Local Rule 83.2.11, mover provides the following contact information for Matthew Bataille:

**Matthew Bataille**

Phone: 601-951-9760

**5550 Ridgewood**

**Jackson, MS  39211**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

In further compliance with Local Rule 83.2.11, mover states that Matthew Bataille has been advised of all pending deadlines and court appearances, to wit:

(1) a settlement conference with the Honorable Magistrate Judge Sally Shushan on <u>Monday, August 7, 2006 at 9:00 a.m.</u>, for which Mr. Bataille has been granted permission to participate by telephone, and

(2) a telephone preliminary status conference set for <u>Thursday, August 17, 2006 at 9:30 a.m.</u>, for which Mr. Bataille can also participate by telephone. Concurrent with the filing of this Motion to Withdraw, mover will be filing a Motion to Continue this Telephone Preliminary Status Conference. Opposing counsel does not object to the continuance of the Telephone Preliminary Status Conference.

In further compliance with Local Rule 83.2.11, mover states that a copy of this Motion to Withdraw has been served upon the client, Matthew Bataille, by electronic mail and this Motion to Withdraw has also been sent to Matthew Bataille by certified mail and by Federal Express. In further compliance with Local Rule 83.2.11, mover states that a copy of this Motion to Withdraw has been served on opposing counsel, Lisa Africk, and upon Bryan Berman, who is representing himself *pro se*.

Respectfully submitted:

**LYNN LUKER & ASSOCIATES, LLC**

BY: _____
Lynn Luker (8935)
3433 Magazine Street
New Orleans, LA 70115
Telephone: 504.525.5500
Fax: 504.525.5599
Lynn.Luker@LLALaw.com

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 83.2.11

In compliance with Local Rule 83.2.11, I hereby certify that I have sent a copy of the foregoing Motion to Withdraw along with notice of all deadlines and pending court appearances, as set forth above, to Matthew Bataille by electronic mail, certified mail, and by Federal Express.

In compliance with Local Rule 83.2.11, I hereby certify that I have sent a copy of the foregoing Motion to Withdraw to opposing counsel, Lisa Africk, and to Bryan Berman, who is representing himself *pro se* in this matter.

Signed this _____ day of August, 2006.

Respectfully submitted:

**LYNN LUKER & ASSOCIATES, LLC**

BY: _____
Lynn Luker (8935)
3433 Magazine Street
New Orleans, LA 70115
Telephone: 504.525.5500
Fax: 504.525.5599
Lynn.Luker@LLALaw.com