FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  AM 7:36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. GILBERT, KEVIN M. GILBERT, | * | CIVIL ACTION |
| KEVIN SCALES, LOUIS RIVARD, II and | * | |
| TIGER TRANSPORTATION, LLC | * | NO. 05-1428 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | JUDGE HELEN G. BERRIGAN |
| BRIAN BERMAN, MATTHEW BATAILLE, | * | |
| GATORLAND LOGISTICS, LLC. | * | MAGISTRATE 1 |
| GATORLAND TRANSPORTATION, LLC | * | JUDGE SALLY |
| and S. WHITE TRANSPORTATION, INC. | * | SHUSHAN |

* * * * * * * *

## ORDER ALLOWING WITHDRAWAL AS COUNSEL OF RECORD

CONSIDERING THE FOREGOING MOTION TO WITHDRAW AS COUNSEL OF RECORD:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Lynn Luker and the Law Firm of Lynn Luker & Associates, LLC be and are hereby permitted to withdraw as counsel of record for Matthew Bataille.

THUS DONE AND SIGNED at New Orleans, Louisiana, this ____11____ day of ___Aug___, 2006.

*[Handwritten: DENIED — No reason given for withdrawing as counsel. A motion to Substitute counsel will be considered]*

The Honorable Helen G. Berrigan
United States District Judge

___ Fee _____
_/_ Process _____
_X_ Dktd _____
_/_ CtRmDep _____
___ Doc. No _____